UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>CCI TEHACHAPI, et al.,<br><br>    Defendants. | 1:10-cv-02160 GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A RESPONSE TO AMENDED COMPLAINT<br><br>(Document# 19)<br><br>45-DAY DEADLINE |

  Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2014, Defendants filed a motion to extend time to file a response to the amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  Defendants are granted 45 days from the date of service of this order in which to file a response to the amended complaint of May 9, 2013.

IT IS SO ORDERED.

  Dated: __**June 19, 2014**__     __**/s/ Gary S. Austin**__
                   UNITED STATES MAGISTRATE JUDGE