UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>  Plaintiff,<br><br>  vs.<br><br>CCI TEHACHAPI, et al.,<br><br>  Defendants. | 1:10-cv-02160-LJO-GSA-PC<br><br>ORDER APPROVING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MCBRIDE, WITH PREJUDICE, FROM THIS ACTION<br>(Doc. 28.)<br><br>ORDER APPROVING STIPULATION TO DISMISS CASE AGAINST DEFENDANTS CARMONA, DOSER, EILERS, MUNOZ, WEBSTER, AND WILLIAMS, WITH PREJUDICE<br>(Doc. 29.)<br><br>ORDER DISMISSING THIS ACTION IN ITS ENTIRETY, WITH PREJUDICE<br><br>ORDER FOR CLERK TO CLOSE CASE |

   Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the First Amended Complaint filed on May 9, 2013, against defendants T. Eilers, J. F. Munoz, and Gene Dozer for use of excessive force, against defendants R. Williams, H. Carmona, J. F. Munoz, and M. Webster for failure to protect Plaintiff, against defendant T. Eilers for subjecting Plaintiff to adverse conditions of confinement, and against defendants M. Webster, T. Eilers, Gene Doser, H. Carmona, and Erin K. McBride for retaliation.  (Doc. 9.)

   On January 26, 2015, Plaintiff filed a notice of voluntary dismissal of defendant McBride from this action, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  (Doc. 28.)   On January 29, 2015, defendant McBride filed a written consent to the dismissal.  (Doc. 31.)

1

On January 27, 2015, a stipulation to dismiss this case, with prejudice, against all other defendants who have appeared in this action -- defendants Carmona, Doser, Eilers, Munoz, Webster, and Williams -- under Rule 41(a)(1)(A)(ii) was filed with the court, containing the signatures of counsel for Plaintiff and counsel for defendants Carmona, Doser, Eilers, Munoz, Webster, and Williams.  (Doc. 29.)

Rule 41(a)(1)(A)(2) provides that "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."   Under Rule 41(a)(2), [e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

In this case, given that Plaintiff has filed a notice of voluntary dismissal of defendant McBride from this action with prejudice, defendant McBride has consented in writing to this dismissal, and Plaintiff has stipulated with all other defendants who have appeared in this action to dismiss this action with prejudice, the court finds it proper to approve Plaintiff's notice of dismissal and the stipulation of dismissal, and dismiss this case in its entirety, with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's notice of voluntary dismissal of defendant McBride, with prejudice, is APPROVED;
2. The stipulation filed in this action on January 27, 2015, is APPROVED as set forth;
3. This case is DISMISSED in its entirety, with prejudice; and
4. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **January 30, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE